```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 4 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILLIAM B. WESTWOOD,

              Plaintiff,

   -v-

MEN'S MEDICAL NEW YORK, P.C. and
LAWRENCE A. SMILEY,

             Defendants.
------------------------------------------------------------X

13 Civ. 6641 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **1:30 p.m., November 14, 2013**. In actions where not all parties have appeared through counsel via ECF, all counsel in receipt of the order scheduling the IPTC shall, forthwith, notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of the order scheduling the IPTC and with a copy the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.  See Rule 4.B.

SO ORDERED.

Dated:   New York, New York
         September 24, 2013

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge