UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WILLIAM B. WESTWOOD,

                  Plaintiff,

        - against -

MEN'S MEDICAL NEW YORK, PC. and LAWRENCE A. SMILEY

                  Defendants.
-------------------------------------------------------------------x

13 civ. 6641 (KBF)

**AFFIDAVIT OF SERVICE BY FED EX**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      **Gail Burwa**, being duly sworn, deposes and says:

      I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

      On October 3, 2013, I served via FED EX true & correct copies of the following --

**Individual Practices in Civil Cases of Katherine B. Forrest, United States District Judge, dated 9/17/13;**

**ORDER dated 9/24/13;**

**Letter to the Hon. Katherine B. Forrest, dated 9/25/13;**

**MEMO ENDORSED adjourning Initial Pre Trial Conference dated 9/25/13;**

addressed to --

                  **LAWRENCE A. SMILEY, M.D.**
              **C/0/ MEN'S MEDICAL NEW YORK, PC.**
                   **99 Jericho Turnpike Suite 202,**
                        **Jericho, NY 11753**

[987631-1]

and

**MEN'S MEDICAL NEW YORK, PC.**
**99 Jericho Turnpike Suite 202,**
**Jericho, NY 11753**

Dated: New York, New York
October 4, 2013

_____
Gail Burwa
Tannenbaum Helpern Syracuse Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6772

Sworn to before me this
4th day of October, 2013

_____
Notary Public

MATTHEW R. MARON
Notary Public, State of New York
Qualified in New York County
No. 02MA6141948
Commission Expires March 6, 2014

[987631-1]