UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM B. WESTWOOD,<br><br>          Plaintiff,<br><br>v.<br><br>MEN'S MEDICAL NEW YORK, PC and<br>LAWRENCE A. SMILEY,<br><br>          Defendants. | **NOTICE OF APPEARANCE**<br><br>**Index No. 13cv6641** |

**PLEASE TAKE NOTICE**, that Hiscock & Barclay, LLP, Michael A. Oropallo, Esq., is hereinafter counsel of record for Defendants in this matter and demands that all future papers and hearing notices in this action be electronically served upon Michael A. Oropallo, Esq. at moropallo@hblaw.com.

Additionally, please note that Michael A. Oropallo, Esq. should be listed as lead counsel for Defendants in this matter.

**DATED:** October 15, 2013

**HISCOCK & BARCLAY, LLP**

By:   /s/ Michael A. Oropallo
      Michael A. Oropallo

*Attorneys for Defendants*
Men's Medical New York, PC and
Lawrence A. Smiley
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Tel:   (315) 425-2831
Fax:   (315) 703-7367
E-Mail:  moropallo@hblaw.com

7577021.1

## CERTIFICATE OF SERVICE

I, Michael A. Oropallo, certify, that on this 15th day of October, 2013, I caused a true and correct copy of the foregoing document thereto being filed with the Court, pursuant to L.R. 81, to be served on the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this case.

/s/ Michael A. Oropallo
Michael A. Oropallo
