UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM B. WESTWOOD,

                Plaintiff,                NOTICE OF APPEARANCE

     v.                                  Index No. 13 Civ. 6641 (KBF)

MEN'S MEDICAL NEW YORK, P.C. and
LAWRENCE A. SMILEY,

                Defendants.

**TO THE CLERK OF THE COURT:**

    Please enter the appearance of Jason S. Nardiello, Esq., Hiscock & Barclay, LLP, 1270 Avenue of the Americas, Suite 600, New York, New York, 10020, as counsel for Defendants Men's Medical New York P.C. and Lawrence A. Smiley in the above-entitled action.

**DATED:**  November 13, 2013

                                                 **HISCOCK & BARCLAY, LLP**

                                                 By:   /s/ Jason S. Nardiello
                                                      Jason S. Nardiello
                                                      Bar Roll No. JN 6682

*Attorneys for Men's Medical New York, P.C. and Lawrence A. Smiley*
Office and Post Office Address
1270 Avenue of the Americas
Suite 600
New York, New York 10020
Telephone: 212-784-5800
Facsimile:  212-784-5777
E-Mail:  jnardiello@hblaw.com

## CERTIFICATE OF SERVICE

    I, Jason S. Nardiello, certify, that on this 13th day of November, 2013, I caused a true and correct copy of the foregoing document thereto being filed with the Court, pursuant to L.R. 81, to be served on the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this case.

                                              /s/ Jason S. Naridello
                                                Jason S. Nardiello