```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____                   │
│ DATE FILED: NOV 1 9 2013                 │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

WILLIAM B. WESTWOOD,                     :
                                         :
                        Plaintiff,       :        13 Civ. 6641 (KBF)
             -v-                         :
                                         :          ORDER
                                         :
MEN'S MEDICAL NEW YORK, P.C. and         :
LAWRENCE A. SMILEY,                      :
                                         :
                        Defendants.      :
-------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that the conference previously scheduled for 1:30

P.M. on November 21, 2013 is rescheduled to **8:30 a.m.** that day. The conference

shall occur telephonically. All parties shall call chambers (212-805-0139) from a

single line at the time of the conference.


SO ORDERED.

Dated:      New York, New York
            November 19, 2013

                              _____
                                  KATHERINE B. FORREST
                                  United States District Judge