UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED NOV 2 2 2013
```

-------------------------------------------------------- X

WILLIAM B. WESTWOOD,                          :

_____         :

_____         :

                          Plaintiff(s),       :          13   Civ. 6641   (KBF)
                                              :
              -v-                             :          SCHEDULING ORDER
MEN'S MEDICAL NEW YORK, P.C. and              :
LAWRENCE A. SMILEY,                           :

_____         :

                          Defendant(s).       :
-------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do** ☐ **/ do not** ☑ **]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

*Likely Resolve 2 weeks*

2. Close of fact discovery: March 17, 2014 _____. **[within 4 months]**

3. Close of expert discovery: April 11, 2014 _____. **[25 days after the close of fact discovery]**

The parties contemplate experts in this matter for the following subject(s): None for Plaintiff. Defendants: Damages/Computer/Websites/Art/Anatomical Image Costs .

4. **[For F.L.S.A. actions only]** The plaintiff(s) **[do** ☐ **/ do not** ☐ **]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

Proposed briefing schedule:
Opening: _____ **[30 days after initial conference]**

_____

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Opp'n:          _____ **[21 days after opening brief]**
Reply:          _____ **[7 days after opposition brief]**

5.   The parties **[do** ✓ **/ do not** ☐ **]** anticipate making dispositive
     motions. The contemplated dispositive motion(s) is/are a motion(s)
     None for Plaintiff. Defendants: No willful infringement/innocent infringement _____.

     Proposed briefing schedule:
     Opening:   April 4, 2014 _____ **[no later than item 3]**
     Opp'n:     April 25, 2014 _____ **[21 days after opening brief]**
     Reply:     May 2, 2014 _____ **[7 days after opposition brief]**

     **Last dates to file.  Motions may be brought at any time.**

6.   Trial **[will** ✓ **/ will not** ☐ **]** be before a jury.

**DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 7-10.**

7.   The next status conference in this matter is set for 1/14/14 _____
     at 1:30 PM

8.   All pretrial materials, including the Joint Pretrial Order ("JPTO") are
     due:  6/16/14 _____.

9.   The Final Pretrial Conference ("FPTC") in this matter is set for
     ____ 6/18/14 __ at 1:00 PM

10.  Trial in this matter shall commence on _ 6/30/14 _. Trial is
     anticipated to take __ 3 ____ **[(days / weeks]**.

**Settlement discussions must occur in parallel to this schedule
(schedule will not be adjourned, except in very unusual situations,
for settlement discussions).**

SO ORDERED.

Dated: New York, New York
       11/21 ____, 2013

                              _____ /s/ B. Fo_____
                              KATHERINE B. FORREST
                              United States District Judge