```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILLIAM B. WESTWOOD,                                        :
                                                            :
                              Plaintiff,                    :
                                                            :
               -v-                                          :
                                                            :
MEN'S MEDICAL NEW YORK, PC,                                 :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2014

13 Civ. 6641 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On January 14, 2014, the parties informed the Court that they have reached a settlement in principle. Accordingly, it is hereby ORDERED that the above-captioned action be discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **January 29, 2014**.

IT IS FURTHER ORDERED that all other dates and deadlines in this matter are adjourned.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
          January 15, 2014

                                               _____
                                               KATHERINE B. FORREST
                                               United States District Judge